UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONGREGATION KNESES ISRAEL OF SEA G,

    Plaintiff,

- against -

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

    Defendant.

19cv8319 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the defendant to answer the Complaint is **February 4, 2020**. Thereafter, the case is stayed pending the result of a related appraisal. The parties should advise the Court about the status of the case by **June 26, 2020**.

SO ORDERED.

Dated:    New York, New York
           January 21, 2020

                                         John G. Koeltl
                                     United States District Judge