```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**CONGREGATION KNESES ISRAEL OF SEA G,**

        Plaintiff,

- against -

**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**

        Defendant.

------------------------------------------------

**19-cv-8319 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties are directed to file a status report by **January 14, 2022.**

**SO ORDERED.**

**Dated:**    **New York, New York**
           **December 17, 2021**

                                       <u>/s/ John G. Koeltl</u>
                                            **John G. Koeltl**
                               **United States District Judge**