UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONGREGATION KNESE ISRAEL OF SEA GATE,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 19 Civ. 8319 (JGK) (SLC)

**ORDER**

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the parties having advised the Court that they have reached a settlement in principle, the settlement conference scheduled for Tuesday, May 31, 2022 at 10:00 am is hereby CANCELLED.

Dated:    New York, New York
            May 25, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**