UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONGREGATION KNESE ISRAEL OF SEA GATE,

                  Plaintiff,

-v-

              CIVIL ACTION NO.: 19 Civ. 8319 (JGK) (SLC)

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

                  **ORDER**

                  Defendant.

**SARAH L. CAVE**, United States Magistrate Judge.

On June 13, 2022, the Court directed Plaintiffs to file a stipulation of dismissal for the attention of the Honorable John G. Koeltl by Friday, July 1, 2022, or otherwise file a status letter on the status of settlement negotiations. (ECF No. 35 (the "June 13 Order")). To date, the parties have failed to comply with the June 13 Order. Accordingly, the parties are directed to comply with the June 13 Order by **Monday, July 11, 2022**.

Dated:    New York, New York           SO ORDERED.
            July 6, 2022

_____
SARAH L. CAVE
United States Magistrate Judge